**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ANA MERCEDES RIVERA DE JESUS**<br>**aka ANA M RIVERA DE JESUS**<br><br>xxx–xx–9168<br><br>Debtor(s) | Case No. **15–02634 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 12/19/19 |

***ORDER***

The motion filed by Trustee to withdraw motion filed at docket #70 (docket #71) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, December 19, 2019.

Brian K. Tester
United States Bankruptcy Judge